UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LAUREN SMITH and C.M., a minor by her
parent and natural guardian Lauren Smith,

                Plaintiffs,

       v.

ULTA BEAUTY, INC.,

                Defendant.

-----------------------------------------------------------------x

Civil Action No. 1:26-cv-01996-RA

**DEFENDANT ULTA SALON, COSMETICS & FRAGRANCE, INC.'S RULE 7.1 STATEMENT**

      Defendant Ulta Salon, Cosmetics & Fragrance, Inc. (incorrectly named as Ulta Beauty, Inc. and herein after referred to as "Ulta Beauty"), by and through its attorneys, hereby states, pursuant to Fed. R. Civ. P. 7.1(a), that (a) Ulta Beauty is a subsidiary of Ulta Beauty, Inc.; (b) Ulta Beauty, Inc. has no parent corporation and is a non-governmental corporate party; and (c) no publicly traded company owns more than 10% of Ulta Beauty, Inc.'s stock.

Dated: May 11, 2026

Respectfully submitted,

    */s/ Helen E. Tuttle*
**FAEGRE DRINKER BIDDLE & REATH LLP**
Helen E. Tuttle, Esq.
Clayton D. Harvey, Esq.
600 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
helen.tuttle@faegredrinker.com
clayton.harvey@faegredrinker.com

*Attorneys for Defendant*
*Ulta Salon, Cosmetics & Fragrance, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on May 11, 2026, I caused a true and correct copy of the foregoing Rule 7.1 Statement to be electronically filed with the Clerk of the District Court using the CM/ECR system, which sent notification of such filing to all counsel of record.

Dated: May 11, 2026
Florham Park, New Jersey

  */s/ Helen E. Tuttle*
Helen E. Tuttle