UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN SMITH and C.M., a minor by her parent and natural guardian Lauren Smith,

Plaintiff,

v.

ULTA BEAUTY, INC.,

Defendant.

26-CV-1996 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

At the initial pretrial conference on May 22, 2026, the parties informed the Court that they were preparing for private mediation to resolve this matter. No later than August 3, 2026, the parties shall provide an update on the status of mediation and indicate whether the Court can enter the previously filed case management plan at this time.

SO ORDERED.

Dated: July 27, 2026
New York, New York

Ronnie Abrams
United States District Judge