UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN SMITH and C.M., a minor by her parent and natural guardian Lauren Smith,

Plaintiffs,

v.

ULTA BEAUTY, INC.,

Defendant.

26-CV-1996 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Counsel for all parties are directed to appear for a status conference on October 22, 2026, at 4:00 p.m. to discuss the parties' proposed case management plan. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. This conference line is open to the public.

SO ORDERED.

Dated: October 14, 2026
New York, New York

Ronnie Abrams
United States District Judge