DOLCE LAW
PLLC

Application granted. The status conference scheduled for October 22, 2026, is adjourned to October 27, 2026, at 2:30 p.m.

SO ORDERED.

Hon. Ronnie Abrams
October 16, 2026

October 15, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Smith et al. v. Ulta Beauty, Inc., Case No. 1:26-cv-01996-RA**

Dear Judge Abrams:

I represent Plaintiffs in the above-referenced action. Pursuant to Rule 1.D of Your Honor's Individual Rules and Practices in Civil Cases, I write to respectfully request an adjournment of the telephone status conference currently scheduled for October 22, 2026 (ECF No. 25). I make this request because I will be out of the office the week of October 19, 2026, and will be unable to appear on the scheduled date.

In accordance with Rule 1.D, Plaintiffs state as follows: (1) the conference is currently scheduled for October 22, 2026, at 4:00 p.m.; (2) this is Plaintiffs' first request to adjourn this conference; (3) accordingly, no prior request has been granted or denied; and (4) Defendant consents to this request. The requested adjournment does not affect any other scheduled dates. Counsel for both parties have conferred and are available during the following windows, should any be convenient for the Court:

- Tuesday, October 27, 2026, between 1:00 p.m. and 3:00 p.m.;
- Wednesday, October 28, 2026, between 11:00 a.m. and noon, or between 1:00 p.m. and 2:00 p.m.; or
- Thursday, October 29, 2026, between 11:00 a.m. and 2:00 p.m.

Plaintiffs thank the Court for its time and attention to this matter.

cc: All counsel of record (via ECF)

Respectfully submitted,

Wendy Dolce
Counsel for Plaintiffs