UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN SMITH and C.M., a minor by her parent and natural guardian Lauren Smith,

Plaintiffs,

v.

ULTA BEAUTY, INC.,

Defendant.

26-CV-1996 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at yesterday's conference, the parties shall file a joint status letter by November 24, 2026, advising the Court on how they wish to proceed and whether they intend to file an updated case management plan.

SO ORDERED.

Dated: October 28, 2026
New York, New York

Ronnie Abrams
United States District Judge